# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

| | | |
|---|---|---|
| JASON TARVER<br>ADC #133153, | *<br>*<br>* | |
| Plaintiff, | * | |
| v. | * | No. 4:22-cv-00984-JJV |
| | *<br>* | |
| RAY VANCE, Chief Deputy Sheriff,<br>Grant County Sheriff's Office, *et al.* | *<br>*<br>* | |
| Defendants. | * | |

## **JUDGMENT**

Pursuant to the Orders entered today and previously (Docs. 22, 32), it is considered, ordered, and adjudged that Plaintiff's claims are DISMISSED, and this case is CLOSED. I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

DATED this 31st day of May 2023.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE